**Entered on Docket
October 01, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

HSBC Bank USA, National Association, as Trustee for NAAC 2006-AR3
09-70186

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-17650-lbr |
| Guadalupe Ambriz | Date:  6/30/09<br>Time: 10:30am |
| | Chapter 7 |
| Debtor(s). | |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Automatic Stay in the above-entitled Bankruptcy proceeding is immediately vacated and extinguished for all

purposes as to Secured Creditor   HSBC Bank USA, National Association, as Trustee for NAAC 2006-AR3, its assignees and/or successors in interest, and that Secured Creditor may proceed with any action necessary to obtain complete possession of the subject Property, generally described as 6519 Brook Cottage Lane, Las Vegas, NV 89122.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least five (5) business days' notice of the time, place and date of sale.**

IT IS SO ORDERED this _____ day of _____, 2009.

Submitted by:
**WILDE & ASSOCIATES**
    /s/ Gregory L. Wilde
By_____
    **GREGORY L. WILDE, ESQ.**
    Attorney for Secured Creditor
    208 South Jones Boulevard
    Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
Ihab Omar
6600 W. Charleston Blvd.
Ste. 134
Las Vegas, NV 89146
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
Joseph B. Atkins
5030 Paradise Road #213
Las Vegas, NV  89119
Chapter 7 Trustee

# # #

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_    The court waived the requirements of LR 9021.

\_\_\_\_    No parties appeared or filed written objections, and there is no trustee appointed in the case

\_x\_\_\_  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

**(List Parties)**

Debtor's counsel:

\_\_\_\_\_ approved the form of this order              \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or      \_\_x\_\_\_failed to respond to the document

\_\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_\_ Opposition filed and withdrawn by Debtor's counsel

Trustee:

\_\_\_\_ approved the form of this order              \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or      \_x\_\_\_\_failed to respond to the document

Other Party:_____

\_\_\_\_ approved the form of this order              \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or      \_\_\_\_\_ failed to respond to the document

Submitted by:
 \_/s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor